UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.: 90CR1276-JM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| VICENTE BECERRA-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On considering the application of Attorney MARY A. FRANKLIN, for additional investigator fees and good cause appearing therefore;

**IT IS HEREBY ORDERED** that additional investigator fees in the above-entitled matter are authorized in an amount not to exceed $3,190.00. This is in addition to the initial allotment of $500.00 for investigator fees.

Dated: March 23, 2010

_____
UNITED STATES DISTRICT COURT JUDGE